IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILLIP J. BERG, ESQ | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 08-cv-4083 |
| BARACK HUSSEIN OBAMA, et. al. | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 22nd day of August, 2008, upon consideration of Plaintiff's Motion for a Temporary Restraining Order, (Doc. No. 2), and after a hearing in open court, it is ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge