United States District Court
for the Eastern District of Pennsylvania

PHILIP G. BERG, ESQUIRE
Plaintiff

vs.                                  Case Number   08-4083

BARACK HUSSEIN OBAMA, etc., et al
Defendant

FILED

Acceptance of Service by the United States Attorney

I __Ruth Brown__ (print name) hereby accept service on behalf of the United States Attorney (only).

__Ruth Brown__
For the United States Attorney (Signature)

__Ruth Brown__
Print Name

__8/22/08__
Date