# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP J. BERG, ESQUIRE, | : |
| | : |
| *Plaintiff* | : |
| vs. | : CIVIL ACTION NO. 2:08-cv-04083-RBS |
| | : |
| BARACK HUSSEIN OBAMA, a/k/a | : |
| BARRY SOETORO, a/k/a | : |
| BARRY OBAMA, a/k/a | : JURY TRIAL DEMANDED |
| BARACK DUNHAM, a/k/a | : |
| BARRY DUNHAM, THE | : |
| DEMOCRATIC NATIONAL | : |
| COMMITTEE, THE FEDERAL | : |
| ELECTION COMMISSION AND | : |
| DOES 1-50 INCLUSIVE, | : |
| | : |
| *Defendants* | : |

## PRAECIPE FOR REISSUANCE OF SUMMONS

TO THE CLERK OF THE COURT:

Please reissue the Summons for the following Defendants, as the original Summonses were not received by Plaintiff.

1. Barack Hussein Obama, a/k/a Barry Soetoro, a/k/a/ Barry Obama, a/k/a/ Barack Dunham, a/k/a/ Barry Dunham; and

2. Democratic National Committee.

Respectfully submitted,

   s/ Philip J. Berg
Philip J. Berg, Esquire
Attorney in *Pro Se*
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Identification No. 09867
(610) 825-3134