# AFFIDAVIT OF PROCESS SERVER

| United States District Court | State of Pennsylvania |
|---|---|
| **Philip J. Berg, Esquire** | Attorney: |
| Plaintiff | Philip J. Berg, Esq.<br>555 Andorra Glen Ct., Suite 12 |
| vs. | Lafayette Hill, PA. 19444 |
| **Barack Hussein Obama, a/k/a Barry Soetoro, a/k/a Barry Obama, a/k/a Barack Dunham, a/k/a Barry Dunham, et al** | |
| Defendant | |

**Case Number:** 08-CV-4083

Legal documents received by Same Day Process Service on September 03rd, 2008 at 3:00 PM to be served upon **Barack Hussein Obama, a/k/a Barry Soetoro, a/k/a Barry Obama, a/k/a Barack Dunham, a/k/a Barry Dunham at 713 Hatch Senate Office Bldg., Washington, DC. 20510**

I, Brandon A. Snesko, swear and affirm that on **September 04th, 2008 at 1:00 PM**, I did the following:

**Individually** Served **Indira Henard** the person authorized to accept and staff assistant to Barack Hussein Obama, a/k/a Barry Soetoro, a/k/a Barry Obama, a/k/a Barack Dunham, a/k/a Barry Dunham of the legal document with this **Alias Summons in a Civil Action; Complaint; Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and For Expedited Discovery; Plaintiff's Motion for Temporary Restraining Order and for Expedited Discovery** at **713 Hatch Senate Office Bldg., Washington, DC 20510**.

**Description of Person Accepting Service:**
Sex: Female   Age: 30   Height: 5'6   Weight: 185   Skin Color: Black   Hair Color: Black & Brown   Glasses: N

**Supplemental Data Appropriate to this Service:**



I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000012522

District of Columbia : SS
Subscribed and Sworn to before me
this 5th day of Sept, 2008

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011



Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | State of Pennsylvania |
|---|---|
| **Philip J. Berg, Esquire** | Attorney: |
| Plaintiff | Philip J. Berg, Esq.<br>555 Andorra Glen Ct., Suite 12<br>Lafayette Hill, PA. 19444 |
| vs. | |
| **Barack Hussein Obama, a/k/a Barry Soetoro, a/k/a Barry Obama, a/k/a Barack Dunham, a/k/a Barry Dunham, et al** | |
| Defendant | |

**Case Number:** 08-CV-4083

Legal documents received by Same Day Process Service on September 03rd, 2008 at 3:00 PM to be served upon **Democratic National Committee at 430 S. Capitol St., SE, Washington, DC. 20003**

I, Brandon A. Snesko, swear and affirm that on **September 04th, 2008 at 12:00 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Alias Summons in a Civil Action; Complaint; Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and For Expedited Discovery; Plaintiff's Motion for Temporary Restraining Order and for Expedited Discovery** to **Amanda LaForge** as **Counsel & Authorized Agent** of **Democratic National Committee**.

**Description of Person Accepting Service:**
Sex: Female   Age: 37   Height: 5'4   Weight: 160   Skin Color: White   Hair Color: Brown   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Brandon A. Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000012523

District of Columbia : SS
Subscribed and Sworn to before me
this 5TH day of Sept, 2008

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

District of Columbia : SS
Subscribed and Sworn to before me
this 5TH day of Sept, 2008

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.