# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP J. BERG, ESQUIRE, | : |
| *Plaintiff* | : |
| vs. | : CIVIL ACTION NO. 2:08-cv-04083-RBS |
| BARACK HUSSEIN OBAMA, a/k/a | : |
| BARRY SOETORO, a/k/a | : |
| BARRY OBAMA, a/k/a | : JURY TRIAL DEMANDED |
| BARACK DUNHAM, a/k/a | : |
| BARRY DUNHAM, THE | : |
| DEMOCRATIC NATIONAL | : |
| COMMITTEE, THE FEDERAL | : |
| ELECTION COMMISSION AND | : |
| DOES 1-50 INCLUSIVE, | : |
| *Defendants* | : |

## PRAECIPE FOR REISSUANCE OF SUMMONS

TO THE CLERK OF THE COURT:

Please reissue the Summons for the Federal Election Commission (FEC), located at 999 E. Street, NW, Washington, DC 20463, (202) 694-1650.

The Office of the Clerk sent a Summons and a copy of Plaintiff's Pleadings to the U.S. Attorney's Office on August 22, 2008. The U.S. Attorney's Office accepted service on behalf of the FEC.

Plaintiff, Philip J. Berg, Esquire received a telephone call today, September 10, 2008 from Benjamin Streeter, Esquire, attorney at the Federal Election Commission. Mr. Streeter stated the FEC has independent litigation authority and therefore will be representing themselves and the U.S. Attorney will not be counsel for them. Mr. Streeter

further informed Mr. Berg the FEC needed to be served directly pursuant to the *Federal Rules of Civil Procedure, Rule 4*.

For this aforementioned reason, Plaintiff respectfully requests this Court to reissue the Summons for the FEC.

                                          Respectfully submitted,

Dated: September 11, 2008                    s/ Philip J. Berg
                                                  Philip J. Berg, Esquire
                                                  Attorney in *Pro Se*
                                                  555 Andorra Glen Court, Suite 12
                                                  Lafayette Hill, PA 19444-2531
                                                  Identification No. 09867
                                                  (610) 825-3134