# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP J. BERG, ESQUIRE,<br>*Plaintiff*<br>vs.<br><br>BARACK HUSSEIN OBAMA, a/k/a<br>BARRY SOETORO, a/k/a<br>BARRY OBAMA, a/k/a<br>BARACK DUNHAM, a/k/a<br>BARRY DUNHAM, THE<br>DEMOCRATIC NATIONAL<br>COMMITTEE, THE FEDERAL<br>ELECTION COMMISSION AND<br>DOES 1-50 INCLUSIVE,<br>*Defendants* : | :<br>:<br>: CIVIL ACTION NO. 2:08-cv-04083-RBS<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ADDITIONAL CERTIFICATE OF SERVICE
## FOR MOTION FOR EXPEDITED DISCOVERY

I, Philip J. Berg, Esquire, hereby certify that Plaintiff's Motion for Extensive and Expedited Discovery including the Depositions of Barack Obama and Howard Dean with the Appointment of a Special Master for the Depositions and Plaintiff's Memorandum Brief in support thereof were served by fax on 09/09/08 as evidenced by Fax Proof of Transmission **[Exhibit "A"]** and United States Postal Service as evidenced by Express Mail Receipt dated 09/09/08 to Hon. Barack H. Obama, Tracking # EQ 047559353 US and Confirmation indicating delivered on 09/11/08 **[Exhibit "B"]** and to Democratic National Committee, Tracking # EQ 047559367 US and Confirmation indicating delivered on 09/11/08 **[Exhibit "C"]**.

PHILIP J. BERG, ESQUIRE
*Attorney for Plaintiff*
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
(610) 825-3134

I:\Obama\Obama Mot Exp Discov Cert Service 09 11 08.doc

DELL
Intel(R) 537EP V9x DF PCI Modem

# SENT FAX LOG
## September 09, 2008

| DATE: | TIME | STATUS | NUMBER | PAGES | NAME |
|---|---|---|---|---|---|
| 9/9/2008 | 20:4:24 | Fax Sent | 12022284260 | 1 | Barrack H.Obama |
| 9/9/2008 | 20:5:18 | Fax Sent | 12022284260 | 38 | Barrack H.Obama |
| 9/9/2008 | 20:19:47 | Fax Sent | 12028638063 | 1 | DNC |
| 9/9/2008 | 20:21:6 | Fax Sent | 12028638063 | 38 | DNC |
| 9/9/2008 | 20:46:6 | Fax Sent | 12158618609 | 1 | U.S. Attorney Ofc. |
| 9/9/2008 | 20:47:39 | Fax Sent | 12158618609 | 38 | U.S. Attorney Ofc. |

Exhibit "A"


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm  FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ04 7559 353U S**
Status: **Delivered**

Your item was delivered at 11:16 AM on September 11, 2008 in WASHINGTON, DC 20510 to SENATE 20510 R6 . The item was signed for by A MOORE.

Additional Details >   Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  Go >

---

EQ 047559353 US

**EXPRESS MAIL** — Customer Copy
Label 11-B, March 2004
UNITED STATES POSTAL SERVICE
**Post Office To Addressee**

[Express Mail label with handwritten entries — PO ZIP Code: 19153; Date Accepted: 09/09/08; Postage: $12.60; Total Postage & Fees: $12.60; weight 8 oz; delivery scheduled 9/11 Noon; PHILADELPHIA PA AMC TOUR 3 SEP 09 postmark; FROM and TO addresses handwritten and largely illegible, TO address in Washington, DC 20510]

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call **1-800-222-1811**
EMS

---

**Exhibit "B"**


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ04 7559 367U S**
Status: **Delivered**

Your item was delivered at 10:54 AM on September 11, 2008 in WASHINGTON, DC 20003. The item was signed for by D MARSHALL.

*Additional Details >*   *Return to USPS.com Home >*

Track & Confirm
Enter Label/Receipt Number.

Go >

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  Go >

---

EQ 047559367 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 19153
Date Accepted: 09/10/08
Time Accepted: 1:15 PM
Flat Rate or Weight: 3 ozs.

Day of Delivery: 2nd
Scheduled Date of Delivery: Month 09 Day 11
Scheduled Time of Delivery: Noon
Military: 2nd Day / 3rd Day
Int'l Alpha Country Code:

Postage: $ 16.00
Return Receipt Fee: $
COD Fee: $   Insurance Fee: $
Total Postage & Fees: $ 16.00
Acceptance Emp. Initials:

FROM: (PLEASE PRINT) PHONE ( )
Philip J. Berg, Esq.
555 Andorra Glen Court, No. 12
Lafayette Hill, PA 19444-2531

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call **1-800-222-1811**
EMS

---

**EXPRESS MAIL**  **Customer Copy**
Label 11-B, March 2004
UNITED STATES POSTAL SERVICE®  **Post Office To Addressee**

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | AM/PM | Employee Signature |
|---|---|---|---|
| Mo. Day | | | |
| Delivery Attempt | Time | AM/PM | Employee Signature |
| Mo. Day | | | |
| Delivery Date | Time | AM/PM | Employee Signature |
| Mo. Day | | | |

PHILADELPHIA AMC (stamp)

**CUSTOMER USE ONLY**
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday  Mailer Signature

TO: (PLEASE PRINT) PHONE ( )
Democratic National Committee
430 S. Capitol St., SE
Washington, DC 20003

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
2 0 0 0 3 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

---

Exhibit "C"