Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964(a)
c/o Forwarding Agent
501 West Broadway #A-332
San Diego 92101
CALIFORNIA, USA

Fax: (619) 232-2011 (use cover sheet)

All Rights Reserved
Without Prejudice

**FILED**

SEP 18 2008

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

PHILIP J. BERG, ESQUIRE [sic],        )  Case No. 2:08-CV-04083 (RBS)
                                       )
        Plaintiff                      )
                                       )
    v.                                 )
                                       )
BARACK HUSSEIN OBAMA et al.,           )
                                       )
        Defendants.                    )
_____)
                                       )
United States                          )  **APPLICATION FOR LEAVE**
ex relatione                           )  **TO INTERVENE AND FOR**
Paul Andrew Mitchell,                  )  **A WRIT IN THE NATURE**
                                       )  **OF A PROHIBITION:**
        Applicant.                     )  All Writs Statute,
_____)  28 U.S.C. 1651(a).

COMES NOW the **United States** ("Applicant") *ex relatione* Paul Andrew Mitchell, B.A., M.S., Citizen of <u>ONE OF</u> the **United States of America**, Private Attorney General, Criminal Investigator and Federal Witness (hereinafter "Relator") to apply formally for leave to intervene in the instant case, to petition this honorable Court for a Writ in the nature of a Prohibition if leave is granted, and to provide timely written Notice to all interested Party(s) of same.

It has now come to the attention of Applicant United States (Federal government) that United States Senator John Sidney McCain III ("McCain") was born on the Coco Solo Naval Air Station situated within the territorial jurisdiction of the Panama Canal Zone. At the time of his birth on that United States military base, **Panama was not a State of the Union**. Accordingly, the facts currently available to Applicant now appear to call for the conclusion that Mr. McCain was <u>not</u> a <u>natural born Citizen of the United States</u> at the moment of his birth.

Relator has done arguably more research and litigation on the correct construction of the various Qualifications Clauses in the Constitution for the United States of America ("U.S. Constitution"), than any other lawyer currently practicing Law in America at the present time. The Clause at issue in the instant case is the Qualification Clause which defines eligibility for the Office of President of the United States of America. See Article II, Section 1, Clause 5 ("2:1:5"), to wit:

> No Person except a <u>natural born Citizen, or a Citizen of the United States</u>, at the time of the Adoption of this Constitution, shall be eligible to the Office of President, neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty-five Years, and been fourteen Years a Resident within the United States.
> [<u>emphasis</u> added]

Please take careful note of the UPPER-CASE "C" in "<u>C</u>itizen".

See also Article II, Section 1, Clause 1, which identifies that Office as the "President of the United States of America" [*sic*].

Applicant has previously filed and served a timely NOTICE OF INTENT TO APPLY FOR LEAVE TO INTERVENE. In said NOTICE, pertinent cases were cited and quoted by way of introducing the legally *and* historically correct construction of said Qualification Clause.

In particular, Relator has had frequent occasion to cite the correct holding in <u>Pannill v. Roanoke</u>, in which a Federal court held that federal citizens aka "<u>c</u>itizens of the United States" were not even contemplated when the organic Constitution was first drafted, and then ratified on June 21, 1788 *A.D.*  Cf. "Federal citizenship" in <u>Black's Law Dictionary</u>, Sixth Edition.  Relator was born on June 21.

Please take careful note of the lower-case "c" in "<u>c</u>itizen".

Applicant hereby notoriously objects to the Seventh and Eighth Editions of <u>Black's Law Dictionary</u>, because there is no definition of "United States" in *either* Edition!  Applicant assures the entire world that it still exists, all allegations to the contrary notwithstanding.

For similar reasons, it also appears to Applicant now that Named Defendant Barack Hussein Obama is likewise <u>not</u> eligible to serve in the Office of President of the United States of America, because he also was <u>not</u> a <u>natural born Citizen of the United States</u> at the moment of his birth.  Relator <u>is</u> eligible to serve in that Office, however!

"United States" in the latter context means "States united".

In the event that this honorable Court should grant timely leave to Applicant United States to intervene *ex rel.* in the instant case, the United States *ex rel.* hereby notifies all interested Party(s) of its intent to seek a prompt Writ in the nature of a Prohibition, forever barring both Messrs. Barack Hussein Obama and John Sidney McCain III from ever serving in the Office of President of the United States of America, for reasons summarized succinctly above.

See 28 U.S.C. 1651(a) *in pari materia* with 28 U.S.C. 132, to wit:

> (a) The Supreme Court and <u>all courts established by Act of Congress</u> may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law.  [<u>emphasis</u> added]

**INCORPORATION OF RELATED LITIGATION**

Due chiefly to the far-reaching legal and historical implications of the instant case, Applicant has reason to expect that this case will be appealed, sooner or later, to the Supreme Court of the United States, regardless of any interlocutory or final judgment(s) which this honorable United States District Court may issue on the merits.

Because the questions of Law in the case of <u>Bush v. Palm Beach Canvassing Board</u> are substantially identical, Applicant wishes hereby to incorporate by reference the pleading filed by Relator on behalf of the People of the United States of America in the latter case.

For the convenience of all, their APPLICATION FOR LEAVE TO INTERVENE BY RIGHT in <u>Bush v. Palm Beach Canvassing Board</u> is archived here on the Internet, for the benefit of those People:

http://www.supremelaw.org/cc/palmbeach/index.htm

Applicant hereby requests mandatory judicial notice by this Court of the latter APPLICATION FOR LEAVE TO INTERVENE BY RIGHT, pursuant to Rule 201(d) of the Federal Rules of Evidence and also pursuant to the Full Faith and Credit Clause in the U.S. Constitution, and incorporates same by reference as if set forth fully here.

To minimize unnecessary paperwork and postage expenses, Relator now offers to provide any interested Party(s) with a verified hard copy of said APPLICATION FOR LEAVE TO INTERVENE and all Exhibits incorporated therein, upon receipt of a written request for same and a blank U.S. Postal Money in the amount of ten ($10.00) United States Dollars. The latter fee is required to cover printing, postage and handling, and to encourage all to access *instead* the electronic copies archived in the *Supreme Law Library* on the Internet. (See URL above.)

**REMEDIES REQUESTED**

All premises having been duly considered, the United States now appearing *ex rel.* Paul Andrew Mitchell, Private Attorney General, hereby petitions this honorable Court for formal leave to intervene in the instant case for the purpose of formally requesting a Writ in the nature of a Prohibition forever barring Messrs. Barack Hussein Obama and John Sidney McCain III from ever occupying the Office of President of the United States of America.

**VERIFICATION**

I, Paul Andrew Mitchell, *Sui Juris*, hereby verify, under penalty of perjury, under the laws of the **United States of America**, without the **"United States"** (Federal government), that the above statement of facts and laws is true and correct, according to the best of My current information, knowledge, and belief, so help me God, pursuant to 28 U.S.C. 1746(1). See Supremacy Clause (*Constitution, Laws* and *Treaties* are all the supreme Law of the Land).

Dated: September 15, 2008 *A.D.*

Signed: /s/ Paul Mitchell

Printed: Paul Andrew Mitchell, Private Attorney General
**All Rights Reserved without Prejudice**

**PROOF OF SERVICE**

I, Paul Andrew Mitchell, *Sui Juris*, hereby certify, under penalty of perjury, under the laws of the **United States of America**, without the "**United States**" (Federal government), that I am at least 18 years of age, a Citizen of <u>ONE OF</u> the **United States of America**, and that I personally served the following document(s):

APPLICATION FOR LEAVE TO INTERVENE AND
FOR A WRIT IN THE NATURE OF A PROHIBITION:
All Writs Statute, 28 U.S.C. 1651(a)

by placing one true and correct copy of said document(s) in first class United States Mail, with postage prepaid and properly addressed to the following:

**FILED SEP 18 2008 MICHAEL E. KUNZ, Clerk By _____ Dep. Clerk**

| | |
|---|---|
| **Clerk of the Court** (3x)<br>Attn: R. Barclay Surrick<br>U.S. Courthouse<br>601 Market Street<br>Philadelphia 19106-1797<br>PENNSYLVANIA, USA | **Federal Election Commission** (1x)<br>999 "E" Street, N.W.<br>Washington 20463<br>DISTRICT OF COLUMBIA, USA |
| **Barack Hussein Obama** (1x)<br>United States Senate<br>713 Hart Senate Office Building<br>Washington 20510<br>DISTRICT OF COLUMBIA | **John Sidney McCain III** (1x)<br>United States Senate<br>241 Russell Senate Office Building<br>Washington 20510<br>DISTRICT OF COLUMBIA, USA |
| **Democratic National Committee** (1x)<br>430 S. Capitol Street, S.E.<br>Washington 20003<br>DISTRICT OF COLUMBIA, USA | **Republican National Committee** (1x)<br>310 First Street<br>Washington 20003<br>DISTRICT OF COLUMBIA, USA |
| **Philip J. Berg, Esquire** *[sic]* (1x)<br>555 Andorra Glen Court, Suite 12<br>Lafayette Hill 19444-2531<br>PENNSYLVANIA, USA | **Clerk of Court** (1x)<br>Supreme Court of the United States<br>One First Street, N.E.<br>Washington 20543-0001<br>DISTRICT OF COLUMBIA, USA |

Dated: September 15, 2008 *A.D.*

Signed: *Paul Mitchell*

Printed: Paul Andrew Mitchell, Private Attorney General
**All Rights Reserved without Prejudice**