IN THE UNITED STATES COURT

FOR THE DISTRICT OF COLUMBIA

CASE NO:_____

08-4083

"Jane Doe", Pro Se, a pseudonym to protect the innocent

   Plaintiff

V.

Barack Hussein Obama, Jr.

aka Barry Soetoro, citizen of Indonesia;

Democratic Party of the United States

   Defendant

_____/

**FILED**
OCT - 7 2008
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## MOTION TO APPEAR AS 'JANE DOE'

Plaintiff hereby files this request to appear as "Jane Doe" to protect the innocent. Plaintiff's is an American Voter with her true indentity indicated below, which she requests this document is sealed and remains confidential for only the eyes of the Court.

                Dr. T.B. Bradley, Psy.D.

    P.O. Box 8542 Columbus, GA 31908   Phone: 561-676-2989

1. Upon reading all of the books written by or about both the presumptive and/or actual candidates from both the Republican and Democratic parties facts and issues set forth in the Complaint clearly document that

RECEIVED
AUG 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dockets.Justia.com

Defendant, Barrack Hussein Obama, Jr, has a legal alias, Barry Soetoro, and has renounced his US citizenship by declaring on legal public and educational records that he is, in fact, a citizen of Indonesia during his lifetime.

2. These are not rumors. This is a fact that Barry Soetoro, aka Barack Hussein Obama, Jr. renounced his citizenship by self-declaration that he is a citizen of Indonesia on legal public and educational records.

3. Plaintiff brings this action before this Court requesting hearings and investigations by the agencies of the United States and to enter Orders and Writs to protect the innocent American Voter in the Presidential elections of November 2008, and thereafter, should Defendant be elected to hold the nation's highest office as Commander in Chief of the US Military Armed Services when Defendant's educational records while living in Indonesia clearly state that he named Barry Soetoro, citizen of Indonesia.

4. Plaintiff brings this action not for public, personal, or financial gain of any kind, but to seek justice and to protect the innocent American voter, Plaintiff, and others similarly situated who may elect a person who had

renounced his US Citizenship, if any, by declaring himself to be a citizen of Indonesia on legal public and educational records during his lifetime.

5. This would clearly violated the US Constitution Article II Section 1 as a neither non US citizen or naturalized citizen nor a US Citizen who has renounced US natural born citizenship by claiming to be a citizen of Indonesia holding the name "Barry Soetoro" can lawfully seek or hold the Office of the President of the United States, Commander and Chief of the US Military Armed Forces.

6. Further, the Defendant, who has declared himself to be a citizen of Indonesia on public educational records cannot hold the Office of the US Senator from Illinois.

7. The magnitude of Defendant publishing to the world that he is "Barry Soetoro" a citizen of Indonesia on his educational records years prior does not negate these fact that this conduct serves as a formal renunciation of US natural born citizenship, if any, that Defendant may or may not have held at any time due to the facts and circumstances of being born an

illegitimate child whose biological father was married while a citizen of Kenya, Africa.

8. These facts have profound impact upon the US Constitutional qualifications for persons who seek the nation's highest office, the Office of the President of the United States.

9. It is incumbent upon this Court to bring these the power and the authority of the agencies of the United States to investigate the Defendant's self-declaration on legal public and educational records that he is a citizen of Indonesia, not the United States when he and/or other family members had the opportunity to do so.

WHEREFORE, Plaintiff, respectfully requests this Court enter its Order to grant the Motion to appear before the Court as Jane Doe on the grounds stated herein.

Respectfully submitted this 25th day of August, 2008

*/s/ J.R. Bradley appearing as/*
Jane Doe, a pseudonym to protect the innocent an American Voter who prefers to remain anonymous

P.O. Box 8542 Columbus, Georgia 31908