# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

## CASE NO. 08-CV-04083

Philip Berg, Esq.

     Plaintiff

v.

Barack Hussein Obama, Jr. aka Barry Soetoro, et al

     Defendants

_____/



F I L E D

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### Intervenor's Request for the Court to Take Judicial Notice of Filing Complaint and Demand for Investigation with the United States Dept. of Justice – Public Corruption Division and Other US Agencies

Intervenor, T.B. Bradley, hereby requests this Court take judicial notice, and states:

1. Intervenor Applicant Bradley, is a Forensic Psychologist who works for the criminal justice system and the Courts, and is an innocent American Voter.

2. Independent of Plaintiff Berg, Intervenor concluded in late July 2008 then filed an action at the US District Court District of Columbia prior to filing the Intervenor Application with this Court alleging

1

that Defendant, Barack Hussein Obama, Jr. aka Barry Soetoro, did not qualify under the United States Constitution to hold the Office of President of the United States as he had lost his US citizenship, if any, when his mother expatriated herself, married Lolo Soetoro, and he was either formally adopted or acknowledged as his son or step-son by Lolo Soetoro , a citizen of Indonesia, and provided notification on public records that he (Obama, Jr.) is a citizen of Indonesia.

3. Intervenor obtained these facts from Defendant Obama's autobiographies and biographies.

4. Defendant Obama has sworn an oath of allegiance to a foreign country. And, he carries and travels under an Indonesian passport. And, after the age of 18 he continued to carry and use his Indonesian passport; and he failed to obtain naturalized citizenship in the United States.

5. In 1981 and after the age of 18, Obama travelled to Pakistan utilizing his Indonesian passport to enter into this foreign country, which at that time the US State Dept. had it placed on its restricted countries list that barred its US citizens from entry.

6. Further, Plaintiff Berg has documented with this Court that Barack Hussein Obama, Jr. was born in Africa based upon his Certificate of Birth at  Mombassa, Kenya  Hospital  as the illegitimate son of Barack Hussein Obama, Sr. and by statements concurring that he was

born in Africa made by his grandmother, step-sister, and step-brother – all on his illegitimate, biological father's side.

7. Defendant Obama's mother engaged in a pattern of registering both her son (Obama, Jr.) and her daughter (Maya Soetoro) – both born in foreign countries – are registered as a late registration adoption in Hawaii when it is clear that Obama, Jr. was born in Africa, and Maya Soetoro was born in Jakarta, Indonesia. This pattern of late registration births after the fact are a pattern of this mother desperate to have her both her children declared as US Citizens by birth. Had she had a third child in a foreign country, no doubt she would have engaged in the same pattern of defrauding the US with late registration births recorded in Hawaii.

## Fraud on the United States Voter

8. The Democratic National Committee, the Federal Election Commission, the Defendants, and particularly the candidate nominated by the Democratic Party (Obama) have perpetrated a fraud upon the United States American Voter for the sole purpose to raise $450,000,000.00 from US Citizens and campaign donations from around the world – all for their own financial, personal and professional benefit with utter disregard to its United States citizens or to the United States Constitution.

9. The Defendants' fraud was conducted for the sole purpose to perpetrate the fraud upon the US American voter by raising funds for their own personal and financial advancement to the sole purposes to benefit themselves with huge salaries, lavish benefits, and potential positions for their friends and donors with the new presidential administration and its agencies, if elected.

10. The Defendants in this action have a duty and obligation to vet and fully investigate its candidates who seek the Office of the President of the United States; and they have failed to do so. A applicant at MacDonald's has more detailed screening, including psychological testing, drug screening, criminal background checks, and verification of country of birth, including signing a Dept. of Justice I-9 Immigration form with mandatory documents such as a US Passport.

11. Defendants have intentionally failed to uphold their duty and obligation, which has resulted in a fraud of the greatest magnitude upon the US American voter and by its candidate, Barack Hussein Obama, Jr. aka Barry Soetoro, who is neither a natural born nor naturalized citizen of the United States.

12. There are volumes of documentary evidence to support that Defendant Obama is not qualified pursuant to the US Constitution to hold the Office of US Senator from Illinois or Office of the President of the United States.

## Obama's Bizarre, Immoral, and Illegal Conduct

13. Posted on U-Tube are first account witnesses of numerous males who describe in vivid detail acts of homosexual conduct with Defendant Obama in his big black limousine; and these males have come forward provide their faces and their statements on U-Tube that they have engaged in degrading acts of homosexual conduct with Barack Hussein Obama, Jr. that would cause disgrace and impeachment and removal from office of a US Senator or its President or any US or State public official. Defendant's response is to refer to it as "smears" or inciting "racial hatred" with the intent to deflect the American voter's focus on his immoral and illegal conduct.

14. Published in Defendant Obama's autobiographies are his confessions of engaging in illegal drug and substance abuse, including cocaine; such illegal conduct would cause impeachment and removal from office of the US Senator, Democratic Candidate, or US President or even from a job at MacDonald's flipping hamburgers for the ordinary person.

15. By pledging his allegiance to a foreign country, Indonesia, and travelling under its passport prior to and after the age of 18, Defendant Obama has automatically been stripped of US citizenship,

if any. Similar to fighting in the military of a foreign country, an oath of allegiance to a foreign country automatically strips one of US citizenship, if any.

16. Posted on Defendant Obama's campaign site is a forged certificate of his birth in the US—more attempts to perpetrate a fraud upon the US American voter.

17. On US national TV, Defendant Obama stripped the US American flag from the US Presidential seal, modified it, and replaced it with his own 'Obama Personal Seal.' See Exhibit A herein.

18. Defendant Obama's personal seal is nearly a duplicate of the seal for Hamas, a foreign terrorist organization whose revolutionary theme is violence over any belief or any country or any person American or any Christian or any Jew or anyone affiliated with the United States. See Exhibit A herein.

19. Defendant Obama stripped the US American flag from his campaign airplane and replaced it with his own 'Obama Personal Seal.' See Exhibit A herein.

20. If elected, will Defendant Obama strip the US American flag from its government buildings, agencies, embassies and outposts throughout the world and replace the US American flag with his own 'Obama Personal Seal?'

21. It is time for this Court and its US federal agencies to investigate these facts and allegations contained in Plaintiff Berg's first and Second Amended Complaint.

22. Defendant Obama's indifference and hatred for the US flag is further demonstrated when Defendant Obama stood on a presidential campaign podium with both arms and hands at this side without placing his right hand over his heart during the playing of the US national anthem with the American flag waving in the background, while all other US citizens and its presidential candidates placed their hands automatically and unconsciously over their heart. See Exhibit A herein.

23. Defendant Obama, for the past 20+ years, has been affiliated with "I hate America or God damned America" church of radical activists who hate America and its ideals. Only recently has he attempted to remove himself from his 20 years prior association with "I hate America." See Exhibit A.

24. Defendant Obama has been affiliated for the past 20 years with radical activists, including Ayers and others who have engaged in acts of violence directed towards its US American citizens and our country's values and its ideals.

25. Defendant Obama has confessed on national television and referred to *"his Muslim religion"* while perpetrating a fraud upon the US

American voter on his campaign website stating that he is a committed Christian.

26. Defendant Obama has perpetrated upon fraud upon the American people by engaging in depraved homosexual acts in his big black limousine – homosexual acts described by males posted on U-Tube describing in vivid detail engaging in oral sex with Defendant Obama; the self-confessed drug and substance abuse with cocaine; travels to foreign countries on his passport issued to him as a citizen of Indonesia; demonstrative acts and facts set forth in Plaintiff Berg's first and Second Complaint; Defendant Obama's refusal to provide to this Court standard documentary evidence requested by Plaintiff Berg in his discovery requests, repeatedly stripping the US American flag replacing this with the 'Obama personal seal,' and many other consciously blatant or unconscious acts, and periodic *'slips of the tongue'* and other unpatriotic acts. These acts combined with the facts and allegations supported by Exhibits in Plaintiff Bergs Second Amended Complaint are demonstrative that the Defendants have individually and acted in a conspiracy to perpetrate and engage in a concerted effort to defraud the US American Voter by allowing Defendant Obama, a citizen of Indonesia, to campaign for and raise $450,000,000.00 for the DNC expenditures, as well as their own personal and professional benefit, with utter disregard to the United

States Constitution qualifications for a person to campaign for and/or hold the Office of the President of the United States.

27. Defendant Obama refers to these facts, should any person mention them in public or report them to the press, as "smears" or "racial hatred" to divert attention to his lies, fraud, deceits, immoral, illegal, and unpatriotic conduct, as well as the fact that he is a citizen of Indonesia, carries and travels on an Indonesian passport, and is not qualified under the US Constitution to hold either the office of US Senator from Illinois or the Office of the President of the United States.

28. In fact, Defendant Obama's paranoid delusions, self-aggrandizement by stripping the American Flag re-placing it with his own 'Obama Personal Seal" are facts reported to the public that he refers to as "smears."

29. Defendant Obama's illegal, immoral and narcissistic distortion of reality combined with Plaintiff Berg's facts and allegations brought before this Court for one reason – to protect the US Constitution - warrants an Order and Writ of Mandamus directed to the United States law enforcement agencies to investigate these facts, certainly those contained in Plaintiff Berg's Second Amended Complaint, then appear before this Court; removal of the Democratic candidate from the November 2008 ballot based upon his illegal, immoral,

unpatriotic, and fraudulent conduct committed upon the United States of America and its voters.

30. *"You can fool some of the people all of the time, and all of the people some of the time, but you cannot fool all of the people all of the time."*

Abraham Lincoln, (attributed)
16th president of US (1809 - 1865

WHEREFORE, Intervenor Bradley, respectfully requests this Court take Judicial Notice of the fact that Intervenor has consistently and continually for the prior three months placed demands upon the US agencies in charge of investigation of unpatriotic acts of Defendant Obama directed towards its citizens . Intervenor has requested and reiterates her requests that Dept. of Justice Public Corruption Division immediately open an investigation into the allegations contained in Plaintiff Berg's first and Second Amended Complaint with Exhibits and of the Defendants' illegal conduct and acts designed to defraud the US American public by raising $450,000,000.00 without engaging in any vetting or investigatory conduct of its Democratic candidates who seek the Office of the President of the United States, particularly Defendant Barack Hussein Obama, Jr. whose own autobiography states that he is a citizen of Indonesia.

Intervenor Bradley respectfully requests this Court take judicial notice of these facts and the allegations contained in Plaintiff Berg's Second Amended Complaint with Exhibits and the requests for standard discovery in a matter of the greatest magnitude for its US American Voters. The voters lived through President Clintons' Impeachment after enduring years of Monica Lewinsky, Paula Jones, and Jennifer Flowers, aka "Clinton's Bimbo Eruptions."

This nation and its great people deserve better than homosexuals placing themselves and describing on U-Tube degrading homosexual acts in vivid detail that they engaged in upon Defendant's solicitation in the back of Obama's big black limousine parked on the seedier sides of Chicago or , God Help Us, in Washington, DC at the White House.

Intervenor is an innocent American voter who seeks the truth prior to the November 2008 election. Not after while watching the US Constitution burned, the US Flag stripped from buildings, and replaced with 'Obama's Personal Seal" and homosexual men lined up, and....

Thus, Intervenor pleads with this Court to grant Plaintiff Berg's standard requests for discovery and to issue its Writ of Mandamus commanding the law enforcement agencies of the United States to investigate these facts and allegations supported by documentary evidence, including engaging in illegal drug/substance abuse with cocaine, unpatriotic conduct, and

immoral homosexual acts posted on U-Tube, and to obtain the Defendant Obama's Indonesian passport, and all other evidence to either support or refute that Defendant Obama is or is not a natural born US Citizen, who either holds or does not hold the qualifications to campaign for and hold the Office of the President of the United States; and to support or refute that Defendants collectively have perpetrated a fraud of the greatest magnitude, $450,000,000.00!! on the United States citizens, the American voter, the United States Flag, and the United States Constitution.

By filing a copy of this notice with Case #08-CV-04083 Docket Report dated October 14, 2008, Intervenor reiterates her demands upon the Dept. of Justice Office of Federal Bureau of Investigation – Public Corruption Division; the United States Dept. of State Office of the Consular; the Office of the United States Attorney for the District of Columbia and Chicago Cook County Illinois to open its investigation into the Defendant Barack Hussein Obama, Jr. aka Barry Soetoro, citizen of Indonesia, and all Defendants in this action, and the facts and allegations set forth in the first Complaint and the Second Amended Complaint filed by the Plaintiff Berg docket entries #1, #13, #14 ( Exhibit B herein) and all other docket entries standard requests for documents to protect its US citizens, its US voters and the United States Constitution, which US personnel have sworn to uphold.

Respectfully submitted this 14th day of October 2008,

*Theresa Bradley*

T.B. Bradley, Pro Se

Intervenor Applicant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 14th day of October 2008 by US Mail to: US Dept. of Justice Federal Bureau of Investigation Washington, DC; US Dept. of State Office of the Consular General Washington, DC; US Attorney General Washington, DC; Office of the US Attorneys for District of Columbia and Cook County IL; Republican National Committee Washington, DC

PHILIP J. BERG
LAW OFFICES OF PHILIP J. BERG
555 ANDORRA GLEN COURT SUITE 12
LAFAYETTE HILL , PA 19444
Email: philjberg@gmail.com

JOHN P. LAVELLE
BALLARD SPAHR ANDREWS & INGERSOLL LLP
1735 MARKET ST., 51ST FL
PHILADELPHIA , PA 19103
Email: lavellej@ballardspahr.com

*T.B. Bradley*

Dr. T.B. Bradley

P.O. Box 8542 Columbus, GA 31908



Seal of
Izzedine al-Qassam Brigades





---

**The Izzedeen al-Qassam Brigades (IQB), the well armed military wing of Hamas, seeks to conquer all of Israel by carrying out terrorist attacks, including suicide bombings, rocket attacks, shootings and kidnappings...**

**WASHINGTON** - After days of media mockery, Barack Obama has decided to stop using a presidential-looking seal that his campaign designed and affixed to his podium on Friday.

Journalists said the seal, which features an eagle clutching arrows and an olive branch, smacks of arrogance. John McCain's camp had a field day, calling the seal "laughable, ridiculous, preposterous and revealing - all at the same time."

The seal was conspicuously missing from Obama's lectern when he spoke to a group of women in Albuquerque on Monday. Not surprising, given how much grief Obama took from a normally laudatory press corps after unveiling the seal at an appearance in Chicago on Friday.

"What a bizarre and dumb idea," railed NBC political director Chuck Todd. "It really feeds the arrogance narrative."









What person running for President of the United States would remove the symbol of the American flag? And worse, he replaced the flag with it with a symbol of himself...

Posted: July 21, 2008  6:31 pm Eastern By Aaron Klein © 2008 WorldNetDail

The U.S. flag no longer appears on the tail of the plane that will be used by presumptive Democratic presidential nominee Barack Obama (Courtesy Sun-Times )



As part of a month-long aircraft makeover, a painted American flag was removed from the tail of Sen. Barack Obama's official campaign airplane and was replaced with the presidential candidate's trademark "O" symbol.

The refurbished 757 was unveiled to members of the press today, 41 of whom boarded the craft and took off to meet Obama in Amman, Jordan, where the presidential candidate will stop as part of a Middle Eastern and European tour.

Obama traveled to the Mideast earlier this week on board a separate airplane.

Fox News blogger Bonny Kapp, traveling on Obama's new airplane, reported:

"The North American jet that flew Obama and his traveling crew around for much of the primary season was refurbished with new seats and power for each passenger a must on the campaign trail. And the plane that once had an American flag on its tail now sports the Obama 'O.'"

Obama's 'O' symbol is red, white and blue.

Most official U.S. government aircraft, including Air Force One, have U.S. flags on their tails.

Both Fox News and the Chicago Sun-Times posted pictures of the Obama campaign's redressed airplane, which does not have an American flag or any other U.S. national symbols on the section that sports the airplane door from which Obama and his team will enter and exit.

Barack Obama recently finished a $500,000 total overhaul of his 757. And as part of the new design, he decided to remove the American flag from the tail.



Hamas

*H*






Hamas







Barack has stated his support for Luo Raila
Odinga (Opposition Leader in
Kenya who signed a 'Shariah pact' with Muslims
and claims to be Obama's
cousin) and is married to Ida Odinga. They have
four children - two sons and
two daughters. His oldest son, Fidel, is named
after Fidel Castro.





Frantz Fanon



Barack Obama has harshly criticized Sen. John McCain for making an issue of an endorsement by Hamas, but the Democratic candidate said in a new interview he understands why the terrorist group supports his presidential bid.

"It's conceivable that there are those in the Arab world who say to themselves, 'This is a guy who spent some time in the Muslim world, has a middle name of Hussein and appears more worldly and has called for talks with people, and so he's not going to be engaging in the same sort of cowboy diplomacy as George Bush,'" Obama told the Atlantic Magazine.



Fanon has had an inspiring impact on anti-colonial and liberation movements. In particular, *Les damnés de la terre* was a major influence on the work of revolutionary leaders such as Ali Shariati in Iran, Steve Biko in South Africa, Malcolm X in the United States and Ernesto Che Guevara in Cuba. Of these only Guevara was primarily concerned with Fanon's theories on violence; for Shariati and Biko the main interest in Fanon was "the new man" and "black consciousness" respectively [7]. Fanon's influence extended to the liberation movements of the Palestinians, the Tamils, African Americans and others. More recently, radical South African people's movements have been influenced by Fanon's work.

Fanon has become a hero to many people, both as a theorist influenced by négritude and as an advocate of resistance and revolution, especially with relation to violence in revolution.



| | |
|---|---|
| BERG v. OBAMA et al | Date Filed: 08/21/2008 |
| Assigned to: HONORABLE R. BARCLAY SURRICK | Jury Demand: Plaintiff |
| Cause: 28:2201 Injunction | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**PHILIP J. BERG**
*ESQUIRE*

represented by **PHILIP J. BERG**
LAW OFFICES OF PHILIP J. BERG
555 ANDORRA GLEN COURT
SUITE 12
LAFAYETTE HILL , PA 19444
610-825-3134
Fax: 610-834-7659
Email: philjberg@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BARACK OBAMA**
*also known as*
BARRY SOETORO
*also known as*
BARRY OBAMA
*also known as*
BARACK DUNHAM
*also known as*
BARRY DUNHAM

represented by **JOHN P. LAVELLE**
BALLARD SPAHR ANDREWS &
INGERSOLL LLP
1735 MARKET ST., 51ST FL
PHILADELPHIA , PA 19103
215-665-8500
Email: lavellej@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**THE DEMOCRATIC NATIONAL
COMMITTEE**

represented by **JOHN P. LAVELLE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**THE FEDERAL ELECTION**

**COMMISSION**

**Defendant**

**DOES 1-50 INCLUSIVE**

V.

**Movant**

**PAUL ANDREW MITCHELL**
*UNITED STATES ex relatione*

represented by **PAUL ANDREW MITCHELL**
C/O FORWARDING AGENT
501 WEST BROADWAY, #A-332
SAN DIEGO, CA 92101
PRO SE

**Movant**

**T.B. BRADLEY**
*Dr. Psy.D*

represented by **T.B. BRADLEY**
P.O. BOX 8542
COLUMBUS, GA 31908
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2008 | <u>1</u> | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 951001.), filed by PHILIP J. BERG.(tj, ) (Entered: 08/22/2008) |
| 08/21/2008 | <u>2</u> | MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR EXPEDITED DISCOVERY filed by PHILIP J. BERG,MEMORANDUM. (Attachments: # <u>1</u> Memorandum)(tj, ) (Entered: 08/22/2008) |
| 08/21/2008 | | Summons 5 Issued; 4 Mailed to counsel and 1 Forwarded to the U.S. Attorney's Office 8/22/08 as to BARACK OBAMA, THE DEMOCRATIC NATIONAL COMMITTEE, THE FEDERAL ELECTION COMMISSION. (tj, ) (Entered: 08/22/2008) |
| 08/21/2008 | | DEMAND for Trial by Jury by PHILIP J. BERG. (tj, ) (Entered: 08/22/2008) |
| 08/22/2008 | 3 | Minute Entry for TRO Hearing held before HONORABLE R. BARCLAY SURRICK held on 8/22/08. ESR. M. FINNEY: MR. BERG ADDRESSES THE COURT. COURT DENIED PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER. (jpd) (Entered: 08/22/2008) |
| 08/22/2008 | <u>4</u> | ORDER THAT UPON CONSIDERATION OF PLAINITFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (DOC. NO. 2) AND AFTER HAVING A HEARING IN OPEN COURT IT IS ORDERED THAT THE MOTION IS DENIED. SIGNED BY HONORABLE R. |

BARCLAY SURRICK ON 8/22/08. 8/22/08 ENTERED AND COPIES
FAXED FROM CHAMBERS. (jpd) (Entered: 08/22/2008)

| 08/22/2008 | 5 | Acceptance of Service by U.S. Attorney Re: accepted summons and complaint for THE FEDERAL ELECTION COMMISSION on 8/22/2008, answer due 10/21/2008. (jpd) (Entered: 08/25/2008) |
|---|---|---|
| 09/02/2008 | 6 | Praecipe for Reissuance of Summons by PHILIP J. BERG. (BERG, PHILIP) Modified on 9/3/2008 (le, ). (Entered: 09/02/2008) |
| 09/03/2008 | | 2 Original Alias Summons Issued as to DEFENDANTS BARACK HUSSEIN OBAMA, DEMOCRATIC NATIONAL CONVENTION. Forwarded to Counsel on 9/3/08 (jpd, ) (Entered: 09/03/2008) |
| 09/09/2008 | 7 | Affidavit of Service of BRANDON A. SNESKO re: service of Alias Summons and Complaint, Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and for Expedited Discovery; Plaintiff's Motion for Temporary Restraining Order and for Expedited Discovery upon INDIRA HENRAD on behalf of DEFENDANT BARACK OBAMA, and upon AMANDA LAFORGE on behalf of DEFENDANT THE DEMOCRATIC NATIONAL COMMITTEE by PERSONAL SERVICE on 9/4/2008, answer due 9/24/2008. (jpd). (Entered: 09/09/2008) |
| 09/09/2008 | 8 | MOTION to Expedite *Discovery, Extensive Discovery and Appoint A Special Master* filed by PHILIP J. BERG.Memorandum and Certificate of Service.(BERG, PHILIP) (Entered: 09/09/2008) |
| 09/11/2008 | 9 | Reissuance of Summons for the FEC by PHILIP J. BERG. (BERG, PHILIP) (Entered: 09/11/2008) |
| 09/11/2008 | | One Alias Summons Issued as to THE FEDERAL ELECTION COMMISSION. Forwarded To: Counsel on 9/12/08 (sc, ) (Entered: 09/12/2008) |
| 09/15/2008 | 10 | ADDITIONAL CERTIFICATE OF SERVICE BY PLAINTIFF PHILIP J. BERG, ESQUIRE REGARDING SERVICE OF PLAINTIFF'S MOTION FOR EXPIDITED DISCOVERY UPON DEFENDANT BARACK H. OBAMA BY FAX AND UNITED STATES POSTAL SERVICE EXPRESS MAIL AND DEFENDANT DEMOCRATIC NATIONAL COMMITTEE BY FAX AND UNITED STATES POSTAL SERVICE EXPRESS MAIL. (FAX TRANSMISSION LOG AND EXPRESS MAIL RECEIPTS ATTACHED). (jpd) (Entered: 09/16/2008) |
| 09/18/2008 | 11 | APPLICATION BY PAUL ANDREW MITCHELL FOR LEAVE TO INTERVENE AND FOR WRIT IN THE NATURE OF PROHIBITION, CERTIFICATE OF SERVICE. (jpd) (Entered: 09/18/2008) |
| 09/24/2008 | 12 | MOTION to Dismiss filed by BARACK OBAMA, THE DEMOCRATIC NATIONAL COMMITTEE.Brief and Certificate of Service.(LAVELLE, |

JOHN) (Entered: 09/24/2008)

| | | |
|---|---|---|
| 09/29/2008 | 13 | RESPONSE in Opposition re 12 MOTION to Dismiss *Brief in Support thereof and proof of service* filed by PHILIP J. BERG. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit)(BERG, PHILIP) (Additional attachment(s) added on 9/30/2008: # 13 Exhibit 1) (jpd, ). (Entered: 09/29/2008) |
| 10/06/2008 | 14 | MOTION for Leave to File *First Amended Complaint* filed by PHILIP J. BERG.Brief in support thereof and Certificate of Service. (Attachments: # 1 Exhibit)(BERG, PHILIP) (Entered: 10/06/2008) |
| 10/06/2008 | 15 | MOTION for Protective Order *Staying Discovery Pending Decision on Dispositive Motion* filed by BARACK OBAMA, THE DEMOCRATIC NATIONAL COMMITTEE.Brief, Certification, Certificate of Service. (Attachments: # 1 Exhibit Exhibit A)(LAVELLE, JOHN) (Entered: 10/06/2008) |
| 10/07/2008 | 16 | T.B. BRADLEY'S MOTION FOR APPLICATION TO INTERVENE WITH COMPLAINT AND PETITION FOR WRIT OF MANDAMUS DIRECTED TO THE AGENCIES OF THE UNITED STATES AND MOTION FOR INJUNCTIVE RELIEF, CERTIFICATE OF SERVICE. (jpd) (Entered: 10/07/2008) |
| 10/07/2008 | 17 | MOVANT T.B. BRADLEY'S MOTION TO APPEAR AS JANE DOE. (jpd) (Entered: 10/07/2008) |
| 10/09/2008 | 18 | RESPONSE in Opposition re 15 MOTION for Protective Order *Staying Discovery Pending Decision on Dispositive Motion Brief in Support thereof and Certificate of Service* filed by PHILIP J. BERG. (BERG, PHILIP) (Entered: 10/09/2008) |