## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP J. BERG, ESQUIRE, | : |
| *Plaintiff* | : |
| vs. | : CIVIL ACTION NO: 08-cv- 4083 |
| BARACK HUSSEIN OBAMA, et al , | : |
| *Defendants* | : |

## NOTICE OF APPEAL TO
## THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Plaintiff, Philip J. Berg, Esquire [hereinafter "Plaintiff"], appeals to the United States Court Of Appeals from the final Order of the United States District Court, Eastern District of Pennsylvania, Honorable R. Barclay Surrick entered in this case on October 24, 2008

Judge R. Barclay Surrick issued an Order on Friday, September 24, 2008 dismissing Plaintiff's complaint in its entirety for lack of standing.

The parties to the Order appealed from and the names and addresses of their respective attorney's are as follows:

John P. Lavelle, Jr., Esquire
Attorney I.D. PA 54279
**BALLARD SPAHR ANDREWS &**
  **INGERSOLL, LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 864-8603
(215) 864-9125 (Fax)
lavellej@ballardspahr.com

Joseph E. Sandler, Esquire
**SANDLER REIFF & YOUNG PC**
300 M Street, S.E. Suite 1102
Washington, D.C. 20003
Telephone: (202) 479-1111
Fax: (202) 479-1115
sandler@sandlerreiff.com

Robert F. Bauer, Esquire
General Counsel, Obama for America
**PERKINS COIE**
607 Fourteenth Street N.W.
Washington, D.C. 20005-2003
Telephone: (202) 628-6600
Facsimile: (202) 434-1690              Attorney's for Defendant's
RBauer@perkinscoie.com                 Barack Hussein Obama and
                                       The Democratic National Committee


Benjamin A. Streeter III               Attorney's for Defendant
Attorney                               Federal Election Commission
**FEDERAL ELECTION COMMISSION**
999 "E" Street, N.W.
Washington, DC 20463
(202) 694-1650

Secretary of the Commonwealth
Pennsylvania Department of State
Bureau of Commissions, Elections and Legislation
210 N. Office Building
Harrisburg, PA 17120                   In *Pro Se*

Pedro A. Cortés
Secretary of the commonwealth
Pennsylvania Department of State
210 N. Office Building
Harrisburg, PA 17120                   In *Pro Se*

U.S. Senate
Commission on Rules and Administration
305 Russell Building, United States Senate
Washington D.C. 20510                  In *Pro Se*

Diane Feinstein
Chairman of the U.S. Senate Commission on Rules and Administration
305 Russell Building, United States Senate
Washington D.C. 20510                  In *Pro Se*

Paul Andrew Mitchell
c/o Forwarding Agent
501 West Broadway, #A-32
San Diego, CA 92101                                In *Pro Se*

T.B. Bradley
P.O. Box 8542
Columbus, Georgia                                  In *Pro Se*

Judson William
2250 N. University Parkway, Suite 48
P.O. Box 4863
Provo, Utah 81601                                  In *Pro Se*


                                                                     s/ Philip J. Berg

Dated: October 30, 2008                            _____
                                                                     Philip J. Berg, Esquire
                                                                     Attorney in *Pro Se*
                                                                     555 Andorra Glen Court, Suite 12
                                                                   Lafayette Hill, PA 19444-2531
                                                                   Identification   No. 09867
                                                                   (610) 825-3134