IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILIP J. BERG, ESQUIRE

        08-CV-4083
        District Court Docket Number

    vs.

BARACK HUSSEIN OBAMA, ET AL

Notice of Appeal Filed 10/30/08
Court Reporter(s)/ESR Operator(s)      N/A

Filing Fee:
    Notice of Appeal  __Paid  _X_ Not Paid  __Seaman
    Docket Fee         __Paid _X_ Not Paid  __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC:

                                  Defendant's Address (for criminal appeals)

                                  Prepared by : s/ James Deitz
                                          James Deitz, Deputy Clerk

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm

Dockets.Justia.com