IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Office of the Clerk of Court Fax: (216) 597-8390 – Fax: (610) 434-6174 Michael E. Kunz, Clerk of Court James A. Byrne US Courthouse

| | |
|---|---|
| PHILIP J. BERG, ) | |
| Plaintiff ) | |
| AND OTHERS ) | |
|  ) | |
| v. ) | No. 2:08-cv-04083-RBS |
|  ) | |
|  ) | |
| BARACK OBAMA, et al., ) | |
|  ) | |
| Defendants: ) | |

### US Citizen/ Voter Gordon A. Stamper's Application and Notice of Motion
### to
### <u>INTERVENE as a Matter of Right FRCP 24</u>

**Pursuant to Rule 24(a) of the Federal Rules of Civil Procedure,** movant seeks intervention of right as a US Citizen and VOTER WITH STANDING in this action SEEKING ASSURANCE that Article II Sec 1 of the CONSTITUTION OF THE UNITED STATES is UPHELD and PROTECTED to the fullest extent of the law.

**Stamper would assert all JURISDICTIONAL and VENUE claims made by Counsel Are agreed to AT THIS TIME and would Argue that ALL Questions about the NATURE of the Upcoming NATIONAL Presidential Elections are properly before this District Court.**

**Stamper would assert all JURISDICTIONAL and VENUE claims made by Intervenor Judson Witham Are agreed to AT THIS TIME and would Argue that ALL Questions about the NATURE of the Upcoming NATIONAL Presidential Elections are properly before this District Court.**

**THEREFORE Gordon A. Stamper respectfully moves that HE as a member of the Voting US Public be allowed to join to INTERVENE along with Judson Witham and any other member of the Voting US Public in this action before this Court.**

**Respectfully Submitted**

*Gordon A Stamper*

Gordon A. Stamper
179 Richmond Road
Richmond Heights, OH 44143

### Certificate Of Service

**This is to Certify that a Correct Copy of this Intervention of Right has by US Mail and By Fax been served upon the Counsel and Parties to this action on October 20th 2008:**

1

Barrack Obama
713 Hart Senate Office Building
Washington, DC 20510
Fax (202) 228-4260


Democratic National Committee
403 S. Capitol Street SE
Washington, DC 20003
Fax (202) 863-8063

Phillip J. Berg
555 Andorra Glen Court Suite 12
Lafayette Hill, PA 19444-2351
610-825-3134

Federal Election Commission
999 E. St. NE
Washington DC 20463

John P. Lavelle, Jr.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Fax (215) 864-9125

Joseph E. Sandler
Sandler Reiff & Young PC
300 M Street, S.E. Suite 1102
Washington, D.C. 20003
Fax (202) 479-1115

Robert F. Bauer
Perkins Coie
607 Fourteenth Street N.W.
Washington, D.C. 20005-2003
Fax (202) 434-1690

\*\* JOB STATUS REPORT \*\*           AS OF   OCT 20 2008 08:12           PAGE. 01
                                                AIG MIDDLE MARKET

JOB #786

|     | DATE  | TIME  | TO/FROM       | MODE | MIN/SEC | PGS | STATUS |
|-----|-------|-------|---------------|------|---------|-----|--------|
| 001 | 10/20 | 08:11 | 912155976390  | EC S | 00'23"  | 003 | OK     |

The Office of:
Gordon Allen Stamper, CPCU, ARM, MBA

# Fax Cover Sheet

TO: _CLERK US DIST COURT EASTERN DIST PENN_

FAX: _(215) - 597 - 6390_

FROM: Gordon A. Stamper, CPCU, ARM, MBA

DATE: October 20, 2008

RE: CERTIFICATE OF SERVICE
RE: Philip J. Berg, Plaintiff AND OTHERS
v. Barack Obama, *et. al.*
Case No. 2:08-cv-04083-RBS

PAGES: 3 including cover sheet

MESSAGE: _PLEASE FILE THE ATTACHED_
_FOR SUBMISSION WITH THE JUDGE_
_Gordon A. Stamper_

This communication may contain non-public, confidential or legally privileged information. If you are not the intended recipient or have received this communication in error, please notify the sender immediately by reply fax to (216) 623-1807 or telephone at (216) 731-8605. Please destroy all copies of this communication, including attachments, without reading them or saving them. Thank you.

If you have questions, please contact me by phone at (216) 731-8605 or by e-mail at gastamper1@juno.com.

THIS IS THE ORIGINAL DOC'S A[stamped]
Gordon 10/22/08

The Office of:
Gordon Allen Stamper, CPCU, ARM, MBA

# Fax Cover Sheet

TO: CLERK US DIST COURT EASTERN DIST PENN

FAX: (215) - 597 - 6390

FROM: Gordon A. Stamper, CPCU, ARM, MBA

DATE: October 20, 2008

RE: CERTIFICATE OF SERVICE
RE: Philip J. Berg, Plaintiff AND OTHERS
v. Barack Obama, *et. al.*
Case No. 2:08-cv-04083-RBS

PAGES: 3 including cover sheet

MESSAGE: PLEASE FILE THE ATTACHED FOR SUBMISSION WITH THE JUDGE
Gordon A. Stamper

This communication may contain non-public, confidential or legally privileged information. If you are not the intended recipient or have received this communication in error, please notify the sender immediately by reply fax to (216) 623-1807 or telephone at (216) 731-8605. Please destroy all copies of this communication, including attachments, without reading them or saving them. Thank you.

If you have questions, please contact me by phone at (216) 731-8605 or by e-mail at gastamper1@juno.com.