DLD-47

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 08-4443

IN RE: PAUL ANDREW MITCHELL,
Petitioner

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to D.C. Civil No. 08-cv-04083)

Submitted Pursuant to Rule 21, Fed. R. App. P.
December 4, 2008

Before: BARRY, AMBRO and SMITH, Circuit Judges

**JUDGMENT**

This cause came to be considered on a petition for writ of mandamus submitted on December 4, 2008. On consideration whereof, it is now hereby
ORDERED and ADJUDGED by this Court that the petition for writ of mandamus be, and the same is, denied. All of the above in accordance with the opinion of the Court.

ATTEST:

/s/Marcia M. Waldron
Clerk

DATED: December 22, 2008



A True Copy:

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.