IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| PHILIP J. BERG, | : | | |
| Plaintiff, | : | CIVIL ACTION | |
| | : | | |
| v. | : | | |
| | : | NO. 08-cv-4083 | |
| BARACK OBAMA, et al., | : | | |
| Defendant. | : | | |

**ORDER**

AND NOW, this  24th  day of July, 2009, having dismissed Plaintiff's First Amended Complaint for Declaratory and Injunctive Relief, it is ORDERED that all pending motions are DISMISSED as moot.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge