UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 08-4340

PHILIP J. BERG, ESQUIRE,
          Appellant

v.

BARACK HUSSEIN OBAMA, a/k/a BARRY SOETORO, a/k/a
BARRY OBAMA, a/k/a BARACK DUNHAM, a/k/a
BARRY DUNHAM; THE DEMOCRATIC NATIONAL COMMITTEE;
THE FEDERAL ELECTION COMMISSION; THE SECRETARY OF THE
COMMONWEALTH, PENNSYLVANIA DEPARTMENT OF STATE;
PEDRO A. CORTÉS, Secretary of the Commonwealth in his official
capacity; DIANNE FEINSTEIN, Chairman of the U.S. Senate, Commission
on Rules and Administration in her official capacity; U.S. SENATE,
COMMISSION ON RULES AND ADMINISTRATION;
and DOES 1-50 INCLUSIVE

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-08-cv-04083)
District Judge: Hon. R. Barclay Surrick

Before: SLOVITER, FUENTES and HARDIMAN, Circuit Judges

JUDGMENT

This cause came on to be considered on the record from the United States District

Court for the Eastern District of Pennsylvania and was submitted under Third Circuit

LAR 34.1(a) on October 26, 2009.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the judgment of the District Court entered October 27, 2008, be and the same is hereby affirmed. Costs taxed against Appellant. All of the above in accordance with the opinion of this Court.

Attest:

DATED: November 12, 2009

Marcia M. Waldron
Clerk

**Costs taxed in favor of Appellee as follows:**

**Brief...................$ 20.40**

Certified as a true copy and issued in lieu of a formal mandate on 01/04/2010

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**